UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL COUNSEL BUREAU, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES CENTRAL INTELLIGENCE AGENCY, et al.<br><br>　　　　　　Defendants. | Civil Action No. 1:09-CV-02269<br>The Hon. John D. Bates<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT EXECUTIVE OFFICE OF THE PRESIDENT'S MOTION TO DISMISS** |

Plaintiffs International Counsel Bureau and Pillsbury Winthrop Shaw Pittman LLP, ("Plaintiffs") hereby oppose the Motion to Dismiss ("Motion") submitted by Defendant Executive Office of the President ("Defendant" or "EOP"). Defendant's Motion relies entirely upon the recent D.C. Circuit decision *Citizens for Responsibility and Ethics in Washington v. Office of Administration*, 566 F.3d 219 (D.C. Cir. 2009) ("*CREW*") to seek to avoid the FOIA request at issue in this suit ("the Request"). However, the facts of *CREW* are substantially dissimilar to the Request, which was directed to the EOP as a whole rather than merely the Office of Administration ("OA") within EOP.

Plaintiffs do not dispute EOP's characterization of the D.C. Circuit's decision in *CREW* as a ruling that the Office of Administration ("OA") of the EOP is not an agency subject to FOIA. (Motion at 3.) The request in *CREW*, however, sought documents -- internal White House emails -- related directly to OA's particular role as the White House office providing

information technology support to the President and his staff. The request in *CREW* also involved the operations of an email system that OA itself was responsible for creating and maintaining. *See CREW* at 220.

In contrast, Plaintiffs' request was sent to OA within EOP not in OA's first-order capacity of direct support to the President, but rather as a mail drop or 'service window' for the entirety of EOP, based upon OA's duty to maintain all EOP records, regardless of whether they were created in the course of OA's direct support of the President. As the court noted in *CREW*, OA was established to provide "records, and information services," and "office services and operations" for EOP. *CREW* at 224 (citing Exec. Order No. 12,028, 42 Fed. Reg. at 62,895 (1977)). OA's regulations designated it as the support office not for the President himself, but rather for the operations of the entity known as the EOP: "[OA's] primary function is to provide common administrative and support services for the various agencies and offices of the Executive Office of the President." 5 C.F.R. § 2502.3(a). Therefore it was the natural and logical point of contact for a request directed at the EOP as a whole.

*CREW* is not determinative of the Court's jurisdiction in this matter, because the Request was not directed at OA, but merely transmitted to EOP through OA. The terms of the Request, as quoted in the Motion, clearly relate not to the narrow administrative functions of the OA as in *CREW* (which, as noted, related to the White House email system), but rather to a potentially wide range of documents relating to a range of White House functions, which multiple components within the EOP may hold. (Motion at 2.)

The sole basis of the Motion is the status of OA under FOIA, and the Defendant does not raise any argument regarding the status of EOP itself. On its face, FOIA applies to EOP.

2

5 U.S.C. § 552(f). An unpublished decision in the U.S. District Court for the District of Columbia has held that the EOP as a whole is not an agency for purposes of FOIA. *See Voinche v. Executive Office of President*, No. 06cv1272, 2007 WL 1716811 (D.D.C. June 12, 2007). However, *Voinche* is not just unpublished but cursory, dedicating only a single sentence to this subject. *See Voinche*, 2007 WL 1716811 at *2. *Voinche* cited three cases, none of which supports its conclusion. Both *Kissinger v. Reporters Committee for Freedom of the Press*, 445 U.S. 136, 156 (1980) and *Tripp v. Executive Office of the President*, 200 F.R.D. 140 (D.D.C. 2001) relate not to the EOP, but to the Office of the President, an entity distinct from the EOP. *See Kissinger* at 156 ("The FOIA does render the Executive Office of the President an agency subject to the Act. 5 U.S.C. § 552(e). The legislative history is unambiguous, however, in explaining that the 'Executive Office' does not include the Office of the President."); *Tripp* at 143 (same, quoting *Kissinger*). The third case cited by the *Voinche* court, *United States v. Espy*, 145 F.3d 1369 (D.C. Cir.1998), is not a FOIA case at all, but rather a criminal False Statements Act case that refers to FOIA only in dicta. *See Espy* at 1373.

The language of the FOIA itself should control to vest jurisdiction in this Court over the appeal of EOP's inaction in response to the Request. In short, the OA is described by its own regulations as the repository for all records that any component of the EOP received from any executive agency. As such, OA was the proper recipient of the Request, which sought records from the entirety of the EOP, records that may have been developed by multiple executive agencies outside the White House (for example, the documents from the Guantanamo task forces coordinated by the Department of Justice) and may be in the possession of EOP.

3

Plaintiffs do not seek to relitigate the *CREW* decision, but dispute its applicability to Defendant's Motion. For the foregoing reasons, the Motion should be denied.

Date: February 17, 2010

Respectfully submitted,

/s/
Ronald A. Schechter, D.C. Bar # 245019
Ronald D. Lee, D.C. Bar # 411516
Stuart W. Turner, D.C. Bar # 478392
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942 5160
ronald.schechter@aporter.com
ronald.lee@aporter.com
stuart.turner@aporter.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2010, a true and accurate copy of the foregoing was served on the following individual via the ECF System:

>Stephen J. Buckingham
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7204
>Washington, D.C. 20530
>Tel: (202) 305-0633
>Fax: (202) 616-8470
>*Counsel for Defendants*

>>/s/
>>Ronald A. Schechter