UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**INTERNATIONAL COUNSEL**           )
**BUREAU, et al.**                  )
                                    )
       Plaintiffs,            )    Civil Action No. 1:09-CV-02269
                                    )    The Hon. John D. Bates
    v.                             )
                                    )
**UNITED STATES CENTRAL**           )
**INTELLIGENCE AGENCY, et al.**     )
                                    )
       **Defendants.**        )
_____)

## JOINT MOTION FOR ENLARGEMENT OF
## TIME TO SUBMIT PROPOSED BRIEFING SCHEDULE

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs International Counsel Bureau, et al., and Defendants United States Central Intelligence Agency ("CIA"), United States Department of Homeland Security ("DHS"), United States Department of Defense ("DOD"), United States Department of Justice ("DOJ") (including the Office of the United States Attorney General ("DOJ-OAG") and the United States Federal Bureau of Investigation ("DOJ-FBI")), Office of the Director of National Intelligence ("ODNI"), and United States Department of State ("DOS") respectfully request an enlargement of time, to and including March 8, 2010, for the parties to submit a proposed schedule for further proceedings in this case.

    1.    Under the Court's Order of February 4, 2010, the proposed schedule is due on February 25, 2010.

    2.    This case involves a number of different Freedom of Information ("FOIA") requests that Plaintiffs submitted to number of different federal entities. Counsel for the parties

- 2 -

have consulted extensively regarding how best to proceed with resolving the case, and have made progress towards developing a joint approach that anticipates a rolling production of records, and partial motions for summary judgment as appropriate.  However, additional time is necessary for counsel to consult with their clients and to finalize a proposed approach and initial briefing schedule.

    3.    This is the parties' first request for an enlargement of time for this purpose.

    WHEREFORE, the Court should extend the parties' time to submit a proposed schedule to March 8, 2010.  A proposed order is attached.

- 3 -

Dated: February 25, 2010              Respectfully submitted,


ARNOLD & PORTER LLP

__/s/_____
Ronald A. Schechter (D.C. Bar No. 245019)
Ronald D. Lee (D.C. Bar No. 411516)
Stuart Turner (D.C. Bar No. 478392)
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C.  20004
Tel: (202) 942-5000
Fax: (202) 942-5999
Email:  ronald.schechter@aporter.com
            ronald.lee@aporter.com
            stuart.turner@aporter.com
*Attorneys for Plaintiffs*


TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Stephen J. Buckingham*
STEPHEN J. BUCKINGHAM (MD Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
Tel. (202) 514-3330
Fax (202) 616-8470
Stephen.Buckingham@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL COUNSEL BUREAU, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CENTRAL ) <br> INTELLIGENCE AGENCY, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 1:09-CV-02269 <br> The Hon. John D. Bates |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' and Defendants' Joint Motion For Enlargement of Time to Submit Proposed Briefing Schedule, it is hereby

ORDERED that the Motion is GRANTED.

So ordered this _____ day of _____, 2010.

_____
JOHN D. BATES
United States District Judge