IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL COUNSEL BUREAU ) <br> and PILLSBURY, WINTHROP, SHAW, ) <br> PITTMAN, LLP, ) <br>            Plaintiffs, ) <br>             ) <br>       v. ) <br>             ) <br> UNITED STATES CENTRAL ) <br> INTELLIGENCE AGENCY *et al.*, ) <br>             ) <br>            Defendants. ) | Civil Action No. 09-2269 (JDB) |

**DEFENDANT EXECUTIVE OFFICE OF THE PRESIDENT'S
RENEWED MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), defendant Executive Office of the President ("EOP") respectfully moves the Court to dismiss the claims asserted against EOP in plaintiffs' First Amended Complaint ("FAC") for lack of subject matter jurisdiction or, alternatively, for failure to state a claim upon which relief can be granted. Plaintiffs amended their Complaint, filed under the Freedom of Information Act, 5 U.S.C. § 552, on February 24, 2010.  Prior to the filing of the FAC, EOP had moved for dismissal of all claims asserted against it, *see* Def.'s Mot. to Dismiss (Dkt. No. 9), and the parties had fully briefed that motion.  *See* Pls.' Opp'n to Mot. to Dismiss (Dkt. No. 13); Def.'s Reply in Support of Mot. to Dismiss (Dkt. No. 14).  The FAC does not amend any of the claims that plaintiffs asserted against EOP in the original Complaint.  Accordingly, EOP renews its motion to dismiss those claims, and hereby incorporates by reference all arguments contained in its Memorandum of Law in Support of the Motion to Dismiss, (Dkt. No. 9-1), and in its Reply in Support of the Motion to

- 2 -

Dismiss, (Dkt. No. 14). For the reasons stated therein, EOP respectfully requests the Court dismiss with prejudice all claims asserted against it in this action.

| | |
|---|---|
| Dated: March 12, 2010 | Respectfully submitted,<br><br>TONY WEST<br>Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/ Stephen J. Buckingham*<br>STEPHEN J. BUCKINGHAM (MD Bar)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., NW<br>Washington, D.C.  20530<br>Tel.    (202) 514-3330<br>Fax    (202) 616-8470<br>Stephen.Buckingham@usdoj.gov<br><br>*Attorneys for Defendants* |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Renewed Motion to Dismiss was served on March 12, 2010, by electronic filing to

Ronald A. Schechter
Arnold & Porter LLP
555 12th Street NW
Washington, DC 2004
Tel. (202) 942-5160

*/s/ Stephen J. Buckingham*
STEPHEN J. BUCKINGHAM