UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL COUNSEL BUREAU, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES CENTRAL INTELLIGENCE AGENCY, et al.<br><br>        Defendants. | Civil Action No. 1:09-CV-02269<br>The Hon. John D. Bates<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT EXECUTIVE OFFICE OF THE PRESIDENT'S RENEWED MOTION TO DISMISS** |

       Plaintiffs International Counsel Bureau and Pillsbury Winthrop Shaw Pittman LLP, ("Plaintiffs") hereby oppose the renewed Motion to Dismiss ("Renewed Motion") submitted by Defendant Executive Office of the President ("Defendant" or "EOP"). Defendant filed its original Motion to Dismiss on February 3, 2010. Plaintiffs subsequently amended their complaint to include grounds unrelated to Defendant's Motion to Dismiss. Defendant renewed its Motion to Dismiss on March 12, 2010. Accordingly, Plaintiffs renew their opposition to Defendant's Motion and hereby incorporate all arguments contained in their Opposition to Defendant Executive Office of the President's Motion to Dismiss, filed on February 17, 2010. For the reasons stated therein, the Renewed Motion should be denied.

Date:   March 24, 2010                             Respectfully submitted,

/s/
Ronald A. Schechter, D.C. Bar # 245019
Ronald D. Lee, D.C. Bar # 411516
Stuart W. Turner, D.C. Bar # 478392
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942 5160
ronald.schechter@aporter.com
ronald.lee@aporter.com
stuart.turner@aporter.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2010, a true and accurate copy of the foregoing was served on the following individual via the ECF System:

>Stephen J. Buckingham
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7204
>Washington, D.C. 20530
>Tel: (202) 305-0633
>Fax: (202) 616-8470
>*Counsel for Defendants*

>/s/
>Ronald A. Schechter